**E-FILED**
Wednesday, 23 March, 2011 10:16:45 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| VELMA LAWRENCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 10-cv-1240 |
| | ) |
| EAST CENTRAL ILLINOIS AREA | ) |
| AGENCY ON AGING, TAMI WACKER, | ) |
| and MICHAEL O'DONNELL, | ) |
| | ) |
| Defendants. | ) |

## O R D E R & O P I N I O N

Before the Court is Magistrate Judge Cudmore's Report and Recommendation (Doc. 10) and Amendment to Report and Recommendation (Doc. 11) to Defendants' Motion to Dismiss (Doc. 6). The parties have not filed any objections within the fourteen (14) days allotted by 28 U.S.C. § 636(b)(1). Failure to timely object constitutes a waiver of any objections. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Video Views, Inc. v. Studio 21 Ltd.,* 797 F.2d 538 (7th Cir. 1986). Accordingly, this Court ADOPTS both the Report and Recommendation and the Amendment to the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss (Doc. 6) is GRANTED IN PART AND DENIED IN PART. All of Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, except for: 1) Plaintiff's federal claims for age discrimination and retaliation under the Age Discrimination and Employment

Act of 1967; 2) a Fourteenth Amendment equal protection claim based on age discrimination, actionable through 42 U.S.C. § 1983; 3) state law claims for breach of contract and promissory estoppel; and 4) Plaintiff's state law claim for age discrimination in employment.  This case is REFERRED back to Magistrate Judge Cudmore for further pre-trial proceedings.


Entered this 22nd day of March, 2011.

>        s/ Joe B. McDade
> JOE BILLY McDADE
> United States Senior District Judge